In the Matter of the Claim of MARY PATRIAKA, Appellant, against WESTCHESTER COUNTY PARK COMMISSION et al., Respondents.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted April 26, 1932; decided May 10, 1932.)

*Isidor Enselman* and *David Gorfinkel* for appellant.

*Grant C. Fox* for Westchester County Park Commission et al., respondents.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.